# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| HABCO STRUCTURAL SPECIALISTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. _____ |
| HOMESTEAD JOIST REINFORCEMENT LLC, COLBY YARGER, MICHELLE RAY, STEVEN MELANCON, and NATHANIEL HICKS, | ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

## CORPORATE DISCLOSURE STATEMENT OF
## HABCO STRUCTURAL SPECIALISTS, INC.

As required by Federal Rule of Civil Procedure 7.1, Habco Structural Specialists, Inc., hereby certifies that it has no parent corporation and that no publicly held corporation owns ten percent (10%) or more of its stock.

Respectfully submitted,

CHAMBLISS, BAHNER & STOPHEL, P.C.


By: /s/Stephen D. Barham
    Stephen D. Barham, BPR# 019292
    Kelly Blair Etchells, BPR# 035998
Liberty Tower
605 Chestnut Street, Suite 1700
Chattanooga, TN 37450
Telephone: (423) 756-3000
Facsimile: (423) 265-9574
Email: sbarham@chamblisslaw.com

*Attorneys for Plaintiff Habco Structural Specialists, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Separate hardcopies of the foregoing were also hand-delivered to the below Defendants.

    Homestead Joist Reinforcement, LLC
    551 Rhea Springs Road
    Spring City, TN 37381

    Colby Yarger
    751 Rhea Springs Road
    Spring City, TN 37381

    Steven Melancon
    306 Laurel Drive
    Spring City, TN 37381

    Michelle Ray
    828 Old Rhea Springs Road
    Spring City, TN 37381

    Nathaniel Hicks
    30808 Rhea County Hwy.
    Spring City, TN 37381

This 13th day of May, 2020.

                By: /s/Stephen D. Barham