# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| HABCO STRUCTURAL SPECIALISTS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. _____ |
| HOMESTEAD JOIST REINFORCEMENT LLC, COLBY YARGER, MICHELLE RAY, STEVEN MELANCON, and NATHANIEL HICKS, | ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Notice is hereby given that Stephen D. Barham of the law firm Chambliss, Bahner & Stophel, P.C., enters his appearance as counsel on behalf of Plaintiff Habco Structural Specialists, Inc., and requests service of all subsequent filings in this proceeding.

Respectfully submitted,

CHAMBLISS, BAHNER & STOPHEL, P.C.

By: /s/Stephen D. Barham
    Stephen D. Barham, BPR# 019292
    Kelly Blair Etchells, BPR# 035998
Liberty Tower
605 Chestnut Street, Suite 1700
Chattanooga, TN 37450
Telephone: (423) 756-3000
Facsimile: (423) 265-9574
Email: sbarham@chamblisslaw.com

*Attorneys for Plaintiff Habco Structural Specialists, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Separate hardcopies of the foregoing were also hand-delivered to the below Defendants.

  Homestead Joist Reinforcement, LLC
  551 Rhea Springs Road
  Spring City, TN 37381

  Colby Yarger
  751 Rhea Springs Road
  Spring City, TN 37381

  Steven Melancon
  306 Laurel Drive
  Spring City, TN 37381

  Michelle Ray
  828 Old Rhea Springs Road
  Spring City, TN 37381

  Nathaniel Hicks
  30808 Rhea County Hwy.
  Spring City, TN 37381

This 13th day of May, 2020.

                     By: /s/Stephen D. Barham