UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| HABCO STRUCTURAL SPECIALISTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.: 1:20-CV-120-TAV-SKL |
| HOMESTEAD JOIST REINFORCEMENT, LLC, COLBY YARGER, MICHELLE RAY, STEVE MELANCON, and NATHANIEL HICKS, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Pursuant to 28 U.S.C. § 636(b), it is hereby **ORDERED** that Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction [Doc. 3] is hereby **REFERRED** to the Honorable Susan K. Lee, United States Magistrate Judge, for her consideration and determination or report and recommendation, as may be appropriate.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE