# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| HABCO STRUCTURAL SPECIALISTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CASE NO. 1:20-cv-120 |
| HOMESTEAD JOIST REINFORCEMENT LLC, COLBY YARGER, MICHELLE RAY, STEVEN MELANCON, and NATHANIEL HICKS, | ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

## CERTIFICATE OF NOTICE PROVIDED REGARDING TELECONFERENCE HEARING ON HABCO STRUCTURAL SPECIALISTS, INC.'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

As required by the Court's Notice of Teleconference Hearing (Doc. 11), the undersigned counsel certifies that she has provided notice of the Court's teleconference hearing on Plaintiff Habco Structural Specialists, Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 3) by sending notice on May 18, 2019, via FedEx Overnight Delivery to each Defendant's known address. Additionally, the undersigned counsel certifies that she has sent notice via email on May 18, 2019, to the known email address of Defendant Colby Yarger, and via email on May 19, 2019, to the known email address of Defendant Steven Melancon.[1]

---

[1] The undersigned counsel is unaware of the remaining Defendants' email addresses.

Respectfully submitted,

CHAMBLISS, BAHNER & STOPHEL, P.C.


By: /s/Kelly Blair Etchells
    Stephen D. Barham, BPR# 019292
    Kelly Blair Etchells, BPR# 035998
Liberty Tower
605 Chestnut Street, Suite 1700
Chattanooga, TN 37450
Telephone: (423) 756-3000
Facsimile: (423) 265-9574
Email: sbarham@chamblisslaw.com

*Attorneys for Plaintiff Habco Structural Specialists, Inc.*

28350_02/20003/KBE-4851-6175-8396_1
2
Case 1:20-cv-00120-TAV-SKL   Document 12   Filed 05/19/20   Page 2 of 3   PageID #: 119

Respectfully submitted,

CHAMBLISS, BAHNER & STOPHEL, P.C.


By: /s/Kelly Blair Etchells
    Stephen D. Barham, BPR# 019292
    Kelly Blair Etchells, BPR# 035998
Liberty Tower
605 Chestnut Street, Suite 1700
Chattanooga, TN 37450
Telephone: (423) 756-3000
Facsimile: (423) 265-9574
Email: sbarham@chamblisslaw.com

*Attorneys for Plaintiff Habco Structural Specialists, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Separate hardcopies of the foregoing were also delivered via U.S. Mail to the below Defendants.

      Homestead Joist Reinforcement, LLC
      551 Rhea Springs Road
      Spring City, TN 37381

      Colby Yarger
      751 Rhea Springs Road
      Spring City, TN 37381

      Steven Melancon
      306 Laurel Drive
      Spring City, TN 37381

      Michelle Ray
      828 Old Rhea Springs Road
      Spring City, TN 37381

      Nathaniel Hicks
      30808 Rhea County Hwy.
      Spring City, TN 37381

This 19th day of May, 2020.

                                                                      By: /s/Kelly Blair Etchells