UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| HABCO STRUCTURAL SPECIALISTS, INC., | ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, | |
| v. | No. 1:20-cv-120-TAV-SKL |
| HOMESTEAD JOIST REINFORCEMENT, LLC, *et al.*, | |
| Defendants. | |

**ORDER AND NOTICE OF TELECONFERENCE STATUS CONFERENCE**

Unless a proposed agreed order is submitted to resolve Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction [Doc. 3], a telephonic status conference[1] as to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction **SHALL** take place on **Wednesday, May 27, 2020 at 2:45 p.m. [EASTERN]**.[2] **To access the telephonic status conference, the parties will dial 877-336-1274 and enter access code 7199789.** Please call at least **FIVE MINUTES** in advance of the conference time.

---

[1] Counsel for Defendants Homestead Joist Reinforcement, LLC and Colby Yarger has agreed to provide notice of the status conference along with the call-in telephone number and access code to currently pro se Defendants Michelle Ray, Steven Melancon, and Nathaniel Hicks.

[2] The Court does not typically hire a court reporter for, or create an official record of, civil motion hearings/conferences. If you intend to present evidence for the Court's consideration at the event noticed herein, you must contact the Clerk's Office to request that an official recording (typically an audio recording) be made of the hearing/conference at least 24 hours in advance of the hearing. Information regarding obtaining a copy of any requested recording can be found at https://www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule. Counsel desiring the presence of a court reporter should make their own arrangements.

The Clerks' Office is **DIRECTED** to mail a copy of this Order and Notice to the addresses listed for Defendants Michelle Ray, Steven Melancon, and Nathaniel Hicks on the Certificate of Service in Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction [Doc. 3 at Page ID # 85].

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE