Civil Action No. 1:20-cv-120

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Nathaniel Hicks__

was received by me on *(date)* __05/18/2020__.

☑ I personally served the summons on the individual at *(place)* __25 902 Rhea County Hwy. Spring City, Tennessee__ on *(date)* __05/20/2020__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __05/20/2020__

__Arnold Botts__
*Server's signature*

__Arnold Botts p.I.__
*Printed name and title*

__P.O. 934 Cleveland, Tennessee__
*Server's address*

Additional information regarding attempted service, etc: