Civil Action No. 1:20-cv-120

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Colby Yarger
was received by me on *(date)* 05/18/2020.

☒ I personally served the summons on the individual at *(place)* 751 Rhea Springs Road Spring City, Tennessee on *(date)* 05/20/2020; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 05/20/2020

*Arnold Botts*
Server's signature

Arnold Botts p.I.
Printed name and title

P.O. 934 Cleveland, Tenn
Server's address

Additional information regarding attempted service, etc: