IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| HABCO STRUCTURAL SPECIALISTS, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO. 1:20-cv-120<br>) |
| HOMESTEAD JOIST REINFORCEMENT LLC, COLBY YARGER, MICHELLE RAY, STEVEN MELANCON, and NATHANIEL HICKS, | ) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## AFFIDAVIT OF SERVICE TO HOMESTEAD JOIST REINFORCEMENT, LLC

My name is David Jordan and I am over the age of eighteen (18) and not a party to this action. I have personal knowledge of all statements made herein.

I am a process server in Rhea County, Tennessee and do hereby certify that I have duly served a copy of the Summons, Verified Complaint, Corporate Disclosure Statement of Plaintiff Habco Structural Specialists, Inc., Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, and the Notice of Appearance upon Homestead Joist Reinforcement, LLC via hand delivery to Michelle Ray, an employee and/or officer of Homestead Joist Reinforcement, LLC on Monday, May 18, 2020 at 551 Rhea Springs Road, Spring City, Tennessee 37381.

Further this Affiant saith not.

_David J. Jordan_
Server's signature

_DAVID G. JORDAN_
Printed name

_684 W Ilkey Rd_
_Dayton Tn 37321_
Server's address

Sworn to and subscribed before me this
this 20 day of May, 2020.

_____
Notary Public

My Commission Expires: 11/22/23