# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| HABCO STRUCTURAL SPECIALISTS, INC., ) <br> *Plaintiff* ) <br> v. ) <br> HOMESTEAD JOIST REINFORCEMENT, LLC et. al ) <br> *Defendant* ) | Case No.   1:20-cv-120-TAV-SKL |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MICHELLE RAY, STEVEN MELANCON, and NATHANIEL HICKS.

Date:   05/27/2020

/s/ Matthew W. Olinzock
*Attorney's signature*

Matthew W. Olinzock  BPR 037948
*Printed name and bar number*

BREEDING HENRY BAYSAN PC
900 S. Gay St. Ste 1950
Knoxville, TN 37902

*Address*

molinzock@bhblegal.com
*E-mail address*

(865) 670-8535
*Telephone number*

(865) 670-8536
*FAX number*