# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| HABCO STRUCTURAL SPECIALISTS, INC., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-120-TAV-SKL |
| HOMESTEAD JOIST REINFORCEMENT, LLC et. al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MICHELLE RAY, STEVEN MELANCON, and NATHANIEL HICKS.

Date: 05/27/2020

/s/ Bradley L. Henry
*Attorney's signature*

Bradley L Henry  BPR 025447
*Printed name and bar number*

BREEDING HENRY BAYSAN PC
900 S. Gay St. Ste 1950
Knoxville, TN 37902
*Address*

bhenry@bhblegal.com
*E-mail address*

(865) 670-8535
*Telephone number*

(865) 670-8536
*FAX number*