UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| HABCO STRUCTURAL SPECIALISTS, INC., | ) ) ) |
| Plaintiff, | ) No. 1:20-cv-120-TAV-SKL ) ) |
| v. | ) ) ) |
| HOMESTEAD JOIST REINFORCEMENT, LLC, *et al.*, | ) ) ) |
| Defendants. | ) |

# ORDER

Before the Court is Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction [Doc. 3]. The Court held a hearing on the motion on May 20, 2020, and a status conference on May 27, 2020. Shortly before the May 27 status conference, the parties submitted by email a proposed agreed temporary restraining order ("TRO") resolving the restraining order aspect of the pending motion.[1]

Accordingly, Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction [Doc. 3] is **GRANTED IN PART AND DENIED WITHOUT PREJUDICE IN**

---

[1] During the May 27 status conference, all parties represented they (1) consented to entry of the proposed agreed TRO by the undersigned, (2) agreed they had reached a definition of the software referenced in paragraph one of the proposed agreed TRO (that is, what constitutes the "Joist Estimating and Shop Order Writing Software, and the Combine Software"), and (3) agreed to agree on the requirements for obtaining and preserving the bond referenced in paragraph two of the proposed agreed TRO. *See* Fed. R. Civ. P. 65(c). The Court compliments the parties' diligent efforts in resolving these issues in an efficient and professional manner.

**PART** in that the Court will enter the proposed TRO and will terminate the pending motion without prejudice to filing a new motion for a preliminary injunction.

SO ORDERED.

ENTER:

                                                                                                                                                                                                   *s/ Susan K. Lee*
                                                                  SUSAN K. LEE
                                                                  UNITED STATES MAGISTRATE JUDGE