# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| HABCO STRUCTURAL SPECIALISTS, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO. 1:20-cv-120<br>) |
| HOMESTEAD JOIST REINFORCEMENT LLC, COLBY YARGER, MICHELLE RAY, STEVEN MELANCON, and NATHANIEL HICKS, | ) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## AGREED TEMPORARY RESTRAINING ORDER

Upon agreement of the Plaintiff Habco Structural Specialists, Inc. ("Habco") and Defendants Homestead Joist Reinforcement, LLC ("HJR"), Colby Yarger ("Yarger"), Michelle Ray ("Ray"), Steven Melancon ("Melancon"), and Nathaniel Hicks ("Hicks") (collectively, "Defendants"),

**IT IS HEREBY ORDERED AND DECREED THAT:**

1. As agreed by the Parties, a Temporary Restraining Order is issued, enjoining Defendants, directly or indirectly, and whether alone or in concert with others, including any officer, agent, employee and/or representative of Defendants, until further Order of this Court, from using, disclosing, or transmitting for any purpose, the Joist Estimating and Shop Order Writing Software, and the Combine Software;

2. Plaintiff shall post a bond of $15,000.00; and

3. By agreement of the Parties, the Court's Order shall remain in full force and effect until a Preliminary Injunction hearing is set and determined by the Court

*s/Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE

**APPROVED FOR ENTRY:**

**CHAMBLISS, BAHNER & STOPHEL, P.C.**

By: /s/Stephen D. Barham
    Stephen D. Barham, BPR# 019292
    Kelly Blair Etchells, BPR# 035998
Liberty Tower
605 Chestnut Street, Suite 1700
Chattanooga, TN 37450
Telephone: (423) 756-3000
Facsimile: (423) 265-9574
Email: sbarham@chamblisslaw.com

*Attorneys for Plaintiff Habco Structural Specialists, Inc.*

**BREEDING HENRY BAYSAN PC**

By: /s/Matthew W. Olinzock
    Bradley L. Henry, BPR# 025447
    Matthew W. Olinzock, BPR# 037948
900 S. Gay St., Ste. 1950
Knoxville, TN 37902
Telephone: (865) 670-8535
Facsimile: (865) 670-8536
Email: bhenry@bhblegal.com

*Attorneys for Defendants*