# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| HABCO STRUCTURAL SPECIALISTS, INC., )<br>*Plaintiff* )<br>v. )<br>HOMESTEAD JOIST REINFORCEMENT, LLC et al. )<br>*Defendant* ) | Case No. 1:20-cv-120-TAV-SKL |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Homestead Joist Reinforcement, LLC; Colby Yarger; Michelle Ray; Steven Melancon; and Nathaniel Hicks .

Date: 06/04/2020

/s/ Adam R. Duggan
*Attorney's signature*

Adam R. Duggan, BPR 035121
*Printed name and bar number*

900 South Gay Street, Suite 1950
Knoxville, TN 37902

*Address*

aduggan@bhblegal.com
*E-mail address*

(865) 670-8535
*Telephone number*

(865) 670-8536
*FAX number*