# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| HABCO STRUCTURAL SPECIALISTS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Docket No. 1:20-cv-120 ) |
| HOMESTEAD JOIST REINFORCEMENT LLC, COLBY YARGER, MICHELLE RAY, STEVEN MELANCON, and NATHANIEL HICKS, | ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

Pursuant to Local Rule 12.1, Plaintiff and Defendants hereby agree and stipulate as follows:

1. Homestead Joist Reinforcement LLC's ("HJR") response to Plaintiff's Verified Complaint is currently due on June 8, 2020;

2. Colby Yarger's, Michelle Ray's, Nathaniel Hicks's, and Steven Melancon's responses to Plaintiff's Verified Complaint are currently due on June 10, 2020; and

3. All defendants shall have an additional 21 days, up to and including the date of June 29, 2020, for Defendant HJR and the date of July 1, 2020, for all other Defendants, to respond to Plaintiff's Verified Complaint.

| | |
|---|---|
| Dated: June 4, 2020 | **CHAMBLISS, BAHNER & STOPHEL, P.C.**<br><br>By: /s/ Stephen D. Barham<br>Stephen D. Barham (BPR # 019292)<br>Kelly Blair Etchells, BPR # 035998)<br>Liberty Tower<br>605 Chestnut Street, Suite 1700<br>Chattanooga, TN 37450<br>Telephone: (423) 756-3000<br>Facsimile: (423) 265-9574<br>Email: sbarham@chamblisslaw.com<br>           ketchells@chamblisslaw.com<br><br>*Attorneys for Plaintiff*<br><br>**BREEDING HENRY BAYSAN PC**<br><br>By: /s/ Adam R. Duggan<br>Bradley L. Henry (BPR # 025447)<br>Matthew W. Olinzock (BPR # 037948)<br>Adam R. Duggan (BPR # 035121)<br>900 South Gay Street, Suite 1950<br>Knoxville, TN 37902<br>Telephone: (865) 670-8535<br>Facsimile: (865) 670-8536<br>Email: bhenry@bhblegal.com<br>           molinzock@bhblegal.com<br>           aduggan@bhblegal.com<br><br>*Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s/ Adam R. Duggan