# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| HABCO STRUCTURAL SPECIALISTS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Docket No. 1:20-cv-120 ) |
| HOMESTEAD JOIST REINFORCEMENT LLC, COLBY YARGER, MICHELLE RAY, STEVEN MELANCON, and NATHANIEL HICKS, | ) ) ) ) ) |
| Defendants. | ) |

## PROPOSED AGREED SCHEDULING ORDER

Pursuant to the agreement of the parties, as indicated by counsels' signatures below, and for good cause shown, the Court hereby ORDERS that the following Scheduling Order shall govern the parties for purposes of Plaintiff's Preliminary Injunction request:

a. <u>June 17, 2020</u> – Plaintiff shall file its Motion for Preliminary Injunction, Memorandum of Law in Support, and any supporting documentation. Plaintiff's Memorandum shall be limited to no more than 25 pages.

b. <u>June 23-25, 2020</u> – Plaintiff shall make available for deposition Marjorie Hodge, as well as any affiant or declarant within its control and take all reasonable steps to make those outside its control available that are relied upon by Plaintiff in its Motion for Preliminary Injunction, Memorandum of Law in Support, or supporting documentation. The scope of these depositions is limited to the trade secret claims and the affidavits or declarations, if any, submitted by the deponent. Each person's deposition shall be limited to no more than four (4) hours.

c. <u>July 8, 2020</u> – Defendants shall file their opposition to Plaintiff's Motion for Preliminary Injunction and any supporting documentation. Defendants' opposition shall be limited to no more than 25 pages.

d. <u>July 13-15, 2020</u> – Defendants shall make available for deposition Colby Yarger, as well as any affiant or declarant within their control and take all reasonable steps to make those outside their control available that are relied upon by Defendant in its opposition to Plaintiff's Motion for Preliminary Injunction. The scope of these depositions is limited to the trade secret claims and the affidavits or declarations, if any, submitted by the deponent. Each person's deposition shall be limited to no more than four (4) hours.

e. <u>July 22, 2020</u> – Plaintiff shall file its reply to Defendant's opposition. Plaintiff's reply shall be limited to no more than fifteen (15) pages.

f. As soon as practical thereafter, the Court shall set a hearing on Plaintiff's Motion for Preliminary Injunction.

ENTERED this ____ day of June, 2020.

_____
Honorable Thomas A. Varlan
Honorable Susan K. Lee

Dated: June 5, 2020	**CHAMBLISS, BAHNER & STOPHEL, P.C.**

By: /s/ Stephen D. Barham
Stephen D. Barham (BPR # 019292)
Kelly Blair Etchells, BPR # 035998)
Liberty Tower
605 Chestnut Street, Suite 1700
Chattanooga, TN 37450
Telephone: (423) 756-3000
Facsimile: (423) 265-9574
Email: sbarham@chamblisslaw.com
       ketchells@chamblisslaw.com

*Attorneys for Plaintiff*

**BREEDING HENRY BAYSAN PC**

By: /s/ Adam R. Duggan
Bradley L. Henry (BPR # 025447)
Matthew W. Olinzock (BPR # 037948)
Adam R. Duggan (BPR # 035121)
900 South Gay Street, Suite 1950
Knoxville, TN 37902
Telephone: (865) 670-8535
Facsimile: (865) 670-8536
Email: bhenry@bhblegal.com
       molinzock@bhblegal.com
       aduggan@bhblegal.com

*Attorneys for Defendants*