UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| HABCO STRUCTURAL SPECIALISTS, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, |
| v. |
| HOMESTEAD JOIST REINFORCEMENT, LLC, *et al.*, |
| Defendants. |

No. 1:20-cv-120-TAV-SKL

## **REPORT AND RECOMMENDATION**

Before the Court is the parties' Joint Motion for Stipulated Preliminary Injunction [Doc. 35]. This joint motion was referred for "consideration and determination or report and recommendation, as may be appropriate." [Doc. 36].[1]

The proposed preliminary injunction is essentially a continuation of the previously entered Agreed Temporary Restraining Order [Doc. 24]. It is also jointly proposed and therefore reflects the ongoing agreement of the parties regarding the use, disclosure, or transmission of the software programs that are part of this lawsuit. Accordingly, I **RECOMMEND**[2] that the Joint Motion for

---

[1] The parties have not consented to have either the pending motion or all proceedings conducted by a magistrate judge; accordingly, the undersigned lacks authority to order the jointly requested relief. *See* 28 U.S.C. 636(b)(1)(A).

[2] Any objections to this report and recommendation must be served and filed within 14 days after service of a copy of this recommended disposition on the objecting party. Such objections must conform to the requirements of Rule 72(b) of the Federal Rules of Civil Procedure. Failure to file objections within the time specified waives the right to appeal the district court's order. *Thomas v. Arn*, 474 U.S. 140, 149 n.7 (1985). The district court need not provide *de novo* review where objections to this report and recommendation are frivolous, conclusive and general. *Mira v. Marshall*, 806 F.2d 636, 637 (6th Cir. 1986). Only specific objections are reserved for appellate review. *Smith v. Detroit Fed'n of Teachers*, 829 F.2d 1370, 1373 (6th Cir. 1987).

Stipulated Preliminary Injunction [Doc. 35] be **GRANTED**, and that the Stipulated Preliminary Injunction [Doc. 35-1] be **ENTERED**.

The undersigned further **RECOMMENDS** that Plaintiff's earlier-filed Plaintiff's Motion for Preliminary Injunction [Doc. 29] be **TERMINATED** as moot.

ENTER:

*s/ Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE