UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| HABCO STRUCTURAL SPECIALISTS, INC., | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No.: | 1:20-CV-120-TAV-SKL |
| | ) | | |
| HOMESTEAD JOIST REINFORCEMENT, INC., COLBY YARGER, MICHELLE RAY, STEVEN MELANCON, and NATHANIEL HICKS, | ) | | |
| | ) | | |
| Defendants. | ) | | |

## STIPULATED PRELIMINARY INJUNCTION

Upon agreement of the Plaintiff Habco Structural Specialists, Inc. ("Habco") and Defendants Homestead Joist Reinforcement, LLC ("HJR"), Colby Yarger ("Yarger"), Michelle Ray ("Ray"), Steven Melancon ("Melancon"), and Nathaniel Hicks ("Hicks") (collectively, "Defendants"),

**IT IS HEREBY ORDERED AND DECREED THAT:**

1. As agreed by the Parties, a Preliminary Injunction is issued, enjoining Defendants, directly or indirectly, and whether alone or in concert with others, including any officer, agent, employee and/or representative of Defendants, until further Order of this Court, from using, disclosing, or transmitting for any purpose, JOIST, the internal version of the software program Habco used and uses to design and analyze joists, and COMBINE, the software program Habco used and uses to design joist reinforcing; and

2. By agreement of the Parties, the Court's Order shall remain in full force through the date on which a final order as to each Defendant is entered in this matter, unless otherwise ordered by the Court.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE